UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-00109-SNLJ-ACL |
| | ) | |
| DESHANTE R. NABORS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's Appeals to District Court seeking review of the denial of his Motion for Grand Jury Transcript and Motion to Quash Indictment. (Docs. 81, 82, and 88). For the reasons set forth below, the appeals will be denied.

Defendant filed a motion seeking the grand jury transcript in this matter as well as information about the grand jury (Doc. 60). Magistrate Judge Abbie Crites-Leoni[1] ruled on the motion, finding it moot in part and denying it in part (Doc. 78). In the Order, she noted that a copy of the grand jury transcript had been provided to defendant's standby counsel for distribution to defendant thereby mooting the request for the transcript. Judge Crites-Leoni denied the request for information regarding "the grand jurors themselves" and "the date this grand jury was sworn into the panel and the date this case was presented to the grand jury." (Doc. 78).

---

[1] Pursuant to 28 U.S.C. § 636(b) and Local Rule 2.08, all pretrial matters were referred to United States Magistrate Judge Abbie Crites-Leoni (Doc. 4).

28 U.S.C. § 636(b)(1)(A) allows a district judge to modify or set aside any parts of a magistrate judge's nondispositive order that is "clearly erroneous or contrary to law." *See also Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir.2007) ("A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters where it has been shown that the ruling is clearly erroneous or contrary to law." (citing § 636(b)(1)(A)).

After full review of the record, the undersigned finds that the ruling on the Motion for Grand Jury Transcript is not clearly erroneous or contrary to law. Instead, Judge Crites-Leoni's ruling is well-reasoned and supported by the law. As such, the appeals on this issue (Docs. 81, 88) will be denied.

Finally, defendant purports to appeal an order denying his Motion to Quash the Indictment (Doc. 82). However, that motion is still pending. (Docs. 61, 67). Therefore, there is no order for the undersigned to review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that defendant's Appeals to District Court (Docs. 81, 82, and 88) are **DENIED**.

**SO ORDERED** on this ⟋8⟋ day of September, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE